| | | |
|---|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 7:17-CV-00197-D |

*Caption continues on next page*

**NOTICE OF MOTION AND MOTION OF VICTORIA CAREY TO APPOINT THE LAW FIRMS OF COHEN MILSTEIN SELLERS & TOLL PLLC AND SUSMAN GODFREY LLP AS INTERIM CO-LEAD CLASS COUNSEL**

| | |
|---|---|
| VICTORIA CAREY, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Case No.: 7:17-CV-00201-D |
| Plaintiff, ) ) | |
| v. ) ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC, ) ) ) ) | |
| Defendants. ) ) | |

PLEASE TAKE NOTICE that Plaintiff Victoria Carey hereby moves for the appointment, pursuant to Fed. R. Civ. P. 23(g), of the law firms of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Susman Godfrey LLP ("Susman Godfrey," and together with Cohen Milstein, the "*Carey* Counsel") as interim co-lead counsel for the classes in the above-captioned actions. Given each of the factors set forth in Fed. R. Civ. P. 23(g), namely "1) the work counsel has done in identifying or investigating potential claims in the action; 2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; 3) counsel's knowledge of the applicable law; and 4) the resources that counsel will commit to representing the class," Fed. R. Civ. P. 23(g)(1)(A), the *Carey* Counsel are the most qualified counsel for appointment, and, indeed, have already demonstrated their leadership of this litigation, as set forth in the memorandum in support of Ms. Carey's motion, filed contemporaneously herewith together with its exhibits.

Dated: October 27, 2017

                                                          Respectfully submitted,

                                                          */s/ Theodore J. Leopold*
                                                          Theodore J. Leopold
                                                          **COHEN MILSTEIN SELLERS**
                                                          **& TOLL PLLC**
                                                          2925 PGA Boulevard, Suite 220
                                                          Palm Beach Gardens, FL 33410
                                                          (561) 515-1400 Telephone
                                                          (561) 515-1401 Facsimile
                                                          tleopold@cohenmilstein.com

   */s/ Martha Geer*
Martha Geer
N.C. Bar No. 13972
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
mgeer@cohenmilstein.com

S. Douglas Bunch
Emmy L. Levens
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
elevens@cohenmilstein.com

Vineet Bhatia
Shawn Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
(310) 789-3150 Facsimile
khoek@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

Andrew Whiteman
**WHITEMAN LAW FIRM**
5400 Glenwood Ave., Suite 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

***Attorneys for Plaintiff Victoria Carey***

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, I electronically filed the *NOTICE OF MOTION AND MOTION OF VICTORIA CAREY TO APPOINT THE LAW FIRMS OF COHEN MILSTEIN SELLERS & TOLL PLLC AND SUSMAN GODFREY LLP AS INTERIM CO-LEAD CLASS COUNSEL* with the Clerk of the Court using the ECF who in turn served it on all counsel or parties of record on the Service List below, and served the forgoing *NOTICE* on the following Defendants by placing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

> E. I. du Pont de Nemours and Company
> c/o CT Corporation System
> Registered Agent
> 160 Mine Lake Court, Suite 200
> Raleigh, North Carolina 27615-6417
>
> The Chemours Company, FC, LCC
> c/o CT Corporation System
> Registered Agent
> 160 Mine Lake Court, Suite 200
> Raleigh, North Carolina 27615-6417

Dated: October 27, 2017                /s/ *Martha Geer*
                                                            Martha Geer

## SERVICE LIST

Kevin S Hannon
**THE HANNON LAW FIRM, LLC**
1641 Downing Street
Denver, CO 80218
303-861-8800
303-861-8855 (fax)
khannon@hannonlaw.com

6

Gary W. Jackson
**THE LAW OFFICES OF JAMES SCOTT FARRIN**
280 South Mangum St., Suite 400
Durham, NC 27701
919-688-4991
919-688-4468 (fax)
gjackson@ncadvocates.com

*Counsel for Plaintiffs, Brent Nix and Roger Morton*

R. Steven DeGeorge
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 N. Tryon St.
Suite 1900, Independence Ctr.
Charlotte, NC 28246-1900
704-377-8123
704-339-3423 (fax)
sdegeorge@rbh.com

Jonathan D. Sasser
Stephen D. Feldman
**ELLIS & WINTERS, LLP**
P.O. Box 33550
Raleigh, NC 27636
919-865-7000
919-865-7010 (fax)
jon.sasser@elliswinters.com

*Counsel for Defendants (Nix case only)*