| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>E.I. DUPONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>  Defendants. | Case No.: 7:17-CV-00189-D<br>Case No.: 7:17-CV-00197-D<br>Case No.: 7:17-CV-00201-D |
| CAPE FEAR PUBLIC UTILITY AUTHORITY,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CHEMOURS COMPANY FC, LLC, et al.,<br><br>  Defendants. | Case No.: 7:17-CV-00195-D |
| BRUNSWICK COUNTY, a governmental entity,<br><br>  Plaintiff,<br><br>  v.<br><br>DOWDUPONT, INC., et al.,<br><br>  Defendants. | Case No.: 7:17-CV-00209-D |

| | |
|---|---|
| TOWN OF WRIGHTSVILLE BEACH, a governmental entity, ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 7:17-CV-00209-D |
| v. ) ) | |
| DOWDUPONT, INC., et al., ) ) | |
| Defendants. ) _____) | |
| LOWER CAPE FEAR WATER & SEWER AUTHORITY, ) ) ) | |
| Plaintiff, ) ) | Case No.: 7:17-CV-00209-D |
| v. ) ) | |
| DOWDUPONT, INC., et al., ) ) | |
| Defendants. ) _____) | |

## **PLAINTIFFS' JOINT MOTION FOR A STATUS CONFERENCE**

Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 16(a), to set a status conference to discuss the status of the cases, recent activity relevant to the cases about which Plaintiffs would like to apprise the Court, and pending motions. Defendants are opposed to this motion.

In support of this motion, Plaintiffs note the following:

1. At both the January 4, 2018, and May 25, 2018 status conferences, the Court indicated a willingness to hold semi-regular status conferences to

keep apprised of developments and eliminate roadblocks. *See* Ex. A (1.4.2018 Hrg. Tr. at 55-56); Ex. B (5.25.2018 Hr. Tr. at 73-75).

2. In the eight months that have passed since the last status conference, numerous developments have transpired that are relevant to these cases, and about which the Plaintiffs would like to update the court, including (a) the proposed consent order between the North Carolina Department of Environmental Quality (DEQ) and Defendant the Chemours Company FC, LLC in a pending action in North Carolina Superior Court; and (b) Plaintiffs' comments and motions related to the proposed consent order and related state-court action.

3. Additionally, currently pending before the Court are several motions, including (a) Defendants' Motion to Dismiss, *see* Dkt. No. 37[1]; and (b) Plaintiffs' Joint Motion to Compel a Discovery Conference under Rule 26(f), *see* Dkt. No. 66. The latter seeks to compel Defendants to hold a Rule 26(f) conference that, due to Defendants' refusal to meet and confer under Rule 26(f), has delayed commencement of discovery by more than one year.

Plaintiffs believe that a conference between the Parties and the Court would be helpful in advancing the cases and establishing schedules to guide their future

---

[1] All Docket references are to *Cape Fear Public Utility Authority v. The Chemours Company FC, LLC*, No. 17-cv-00195-D (E.D.N.C.).

conduct. Accordingly, Plaintiffs respectfully request the Court to set a status conference on one of the following dates:

1. February 20, 2019;
2. February 21, 2019; or
3. February 27, 2019.

A proposed order accompanies this motion.

Dated: February 1, 2019

Respectfully submitted,

*/s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com

*/s/Andrew Whiteman*
Andrew Whiteman
N.C. Bar No. 9523
**WHITEMAN LAW FIRM**
5400 Glenwood Ave., Suite 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

S. Douglas Bunch
Douglas J. McNamara
Jamie Bowers
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W.,

Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
dmcnamara@cohenmilstein.com
jbowers@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Ste. 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Gary W. Jackson
N.C. Bar No. 13976
**THE LAW OFFICES OF
JAMES SCOTT FARRIN, P.C.**
280 South Mangum Street, Suite 400
Durham, NC 27701
(919)-688-4991 Telephone
(800)-716-7881 Facsimile
gjackson@farrin.com

5
6355649v1 01209/014540   Case 7:17-cv-00189-D   Document 105   Filed 02/01/19   Page 5 of 19

Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
dmcnamara@cohenmilstein.com
jbowers@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Ste. 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Gary W. Jackson
N.C. Bar No. 13976
**THE LAW OFFICES OF
JAMES SCOTT FARRIN, P.C.**
280 South Mangum Street, Suite 400
Durham, NC 27701
(919)-688-4991 Telephone
(800)-716-7881 Facsimile
gjackson@farrin.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

*Attorney for Plaintiffs Carey, Burris, Kiser, and Nix*

Joseph A. Ponzi
N.C. State Bar No. 36999
George W. House
N.C. State Bar No. 7426
William P.H. Cary
N.C. State Bar No. 7651
V. Randall Tinsley
N.C. State Bar No. 14429
**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**
Post Office Box 26000
Greensboro, North Carolina 27420
 (336) 373-8850 Telephone
(336) 232-9114  Facsimile
ghouse@brookspierce.com
jponzi@brookspierce.com
wcary@brookspierce.com
rtinsley@brookspierce.com

*Attorneys for Plaintiff Cape Fear Public Utility Authority*

J. Harold Seagle
N.C. State Bar No. 8017
**SEAGLE LAW**
P.O. Box 15307
Asheville, N.C. 28813
828-774-5711 Telephone
haroldseagle@charter.net

6

Scott Summy
N.C. State Bar No. 27171
Cary McDougal *(Pro Hac Vice)*
(Texas State Bar No. 13569600)
Stephen Johnston *(Pro Hac Vice)*
(Texas State Bar No. 00796839)
Brett D. Land *(Pro Hac Vice)*
(Texas State Bar No. 24092664)
M. Cristina Sanchez (*Pro Hac Vice*)
(Texas State Bar No. 24041856)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605 Telephone
ssummy@baronbudd.com

*Attorneys for Plaintiffs Brunswick County, Lower Cape Fear Water & Sewer Authority, Wrightsville Beach, and James Dew et al.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above-captioned cases.

Dated: February 1, 2019 /s/ *Steven M. Seigel*
Steven M. Seigel

# EXHIBIT A

```
              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                   SOUTHERN DIVISION
_____
                                    )
BRENT NIX, Individually and on behalf)
of all others similarly situated,   )
     Plaintiffs,                    )
          vs.                       )    7:17-CV-00189-D
                                    )
THE CHEMOURS COMPANY FC, LLC, et al )
     Defendants.                    )
_____)
CAPE FEAR PUBLIC UTILITY AUTHORITY,  )
     Plaintiff,                      )
          vs.                        )   7:17-CV-00195-D
THE CHEMOURS COMPANY FC, LLC, and    )
E.I. DUPONT de NEMOURS and COMPANY   )
     Defendants.                     )
_____
ROGER MORTON, Individually and on    )
on behalf of all others similarly    )
situated,                            )
     Plaintiffs,                     )
          vs.                        )   7:17-CV-00197-D
THE CHEMOURS COMPANY FC, LLC, et al  )
     Defendants.                     )
_____)
VICTORIA CAREY, Individually and on  )
behalf of all others similarly       )
situated,                            )
     Plaintiffs,                     )
          vs.                        )   7:17-CV-00201-D
E.I. DUPONT de NEMOURS and COMPANY   )
and CHEMOURS COMPANY, FC, LLC,       )
     Defendants.                     )
_____
BRUNSWICK COUNTY, a governmental     )
entity,                              )
     Plaintiff,                      )
          vs.                        )   7:17-CV-00209-D
DOWDUPONT, INC., a Delaware          )
Corporation; et al                   )
     Defendants.                     )
_____
```

```
                         THURSDAY, JANUARY 4, 2018
                            SCHEDULING CONFERENCE
                   BEFORE THE HONORABLE JAMES C. DEVER III
                      CHIEF UNITED STATES DISTRICT JUDGE


APPEARANCES:

Attorneys for Plaintiffs:


COHEN MILSTEIN SELLERS & TOLL, PLLC
THEODORE J. LEOPOLD, Esq.
2925 PGA Boulevard Suite 200
Palm Beach Gardens, Florida 33410

SUSMAN GODFREY, LLP
STEVE MORRISSEY, Esq.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

BROOKS PIERCE
GEORGE W. HOUSE, Esq.
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina 27401

J. HAROLD SEAGLE, Esq.
P.O. Box 15307
Asheville, North Carolina 28813


Attorneys for defendants:


ELLIS & WINTERS
JONATHAN D. SASSER, Esq.
STEPHEN D. FELDMAN, Esq.
4131 Parklake Avenue, Suite 400
Raleigh, North Carolina 27612



                    AMY M. CONDON, CRR, CSR, RPR
                       Official Court Reporter
                     United States District Court
                         Raleigh, North Carolina
             Stenotype with computer-aided transcription
```

MR. LEOPOLD: And pleading form is appropriate, Your Honor?

THE COURT: Yes.

MR. LEOPOLD: And also in the interim between that time when the time is appropriate and available for all sides, would the Court expect us to get together for a Rule 26 type of meet and confer to start working on a discovery schedule?

THE COURT: I think once you -- I'm sure from the defense perspective they want to see the consolidated complaints, and I certainly would think that after the consolidated complaints are filed and digested that I'd like you all to meet and confer, because, again, I anticipate there will probably be a disagreement about how to proceed with issues like discovery on certain matters and motions practice. And as part of that process, I would anticipate that taking place after the consolidated complaints are filed on the 31st.

If you would like to have, you know, a status conference, I'm happy to do that either in person or by phone, I can make myself available for you all.

MR. LEOPOLD: I do think, Your Honor, as the Court may know from our papers, I'm in front of Judge Judith Levy in Flint, I'm co-lead in the Flint matter and I can't stress enough how wonderful it's been to have on a regular basis in cases like this, as I'm sure the Court can appreciate, regular status conference to help keep things moving. And if the Court

1  will indulge me, to recommend anything would be a regular basis
2  of status conference is just tremendously helpful.
3              THE COURT:  That's certainly my practice in these
4  types of cases and I would anticipate doing that in this as
5  well.
6              Anything else, Mr. Sasser?
7              MR. SASSER:  Nothing.  Thank you very much, Your
8  Honor.
9              THE COURT:  Anything else, Mr. House?
10             MR. HOUSE:  No, Your Honor.
11             THE COURT:  I do thank you all for your arguments and
12 presentations today.  I hope everyone is safe getting home and
13 look forward to receiving your submissions on the 26th.
14             We'll be in recess until noon tomorrow.
15                  (The proceedings concluded at 3:30 p.m.)
16
17
18
19
20
21
22
23
24
25

# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA




- - - - - - - - - - - - - -


NIX, et al.                          Docket No. 7:17-CV-189-D
                                     Docket No. 7:17-CV-195-D
v.                                   Docket No. 7:17-CV-197-D
                                     Docket No. 7:17-CV-201-D
THE CHEMOURS COMPANY,                Docket No. 7:17-CV-209-D
FC, LLC, et al.                      Docket No. 5:18-CV-73-D

                                     Raleigh, North Carolina
- - - - - - - - - - - - - -          May 25, 2018
```

**TRANSCRIPT OF STATUS CONFERENCE
BEFORE HONORABLE JAMES C. DEVER III, CHIEF DISTRICT JUDGE,
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA**

```
APPEARANCES:

For the Plaintiffs:     Theodore Leopold, Esq.
                        George House, Esq.
                        Stephen Morrissey, Esq.
                        Stephen Bunch, Esq.
                        Stephen Johnston, Esq.

For the Defendants:     Kenneth Reilly, Esq.
                        John Sherk, Esq.
                        Mark Anstoetter, Esq.
                        Stephen Feldman, Esq.
                        Jonathan Sasser, Esq.

Court Reporter:         Harold M. Hagopian, RDR, CRR




         Proceedings recorded by mechanical stenography,
      Transcript produced by computer-assisted transcription.
```

## PROCEEDINGS

(The following proceedings were held in open court at the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, before the Honorable James C. Dever III, Chief District Judge for the Eastern District of North Carolina, on May 25, 2018, at 10:59 a.m.)

\*   \*   \*

THE COURT: Good morning, and welcome to the United States District Court for the Eastern District of North Carolina. We're here today for a status conference in three cases only -- five cases, depending on the math.

So, why don't we just, for -- I recognize a lot of familiar faces, but we'll start with counsel for plaintiffs, and then we'll hear from counsel for defendants. If you'd just introduce yourself again.

MR. LEOPOLD. Thank you, your Honor. Good morning. Ted Leopold on behalf of the class plaintiffs.

THE COURT: Good morning, Mr. Leopold.

MR. HOUSE: Good morning, your Honor. George House, for the Brooks firm, on behalf of Cape Fear Public Utility Authority.

THE COURT: Good morning, Mr. House.

MR. MORRISEY: Good morning, your Honor. Stephen Morrisey, Susman Godfrey, for the class plaintiffs.

THE COURT: Good morning, Mr. Morrisey.

1  think, if we were to have -- whether the Court wants us to
2  notice it, but a regular conference maybe every five, six
3  weeks -- maybe in the middle of July -- just to keep the
4  trains running.  I just think it would be very helpful.
5      Today has been very helpful, I know.  I'm sure I
6  speak on behalf of both sides.  It's very helpful for the
7  parties just to keep this -- you know, this moving.  This
8  is, it goes without saying, an important public issue, and
9  we all are getting a lot of inquiries about what is going
10 on.  And it just may be helpful.
11          THE COURT:  All right.  Well, why don't you all,
12 at least on that latter point --
13          MR. REILLY:  Your Honor, if you will allow me to
14 address that?
15          THE COURT:  Sure.
16          MR. REILLY:  This inquiry into -- I've gotten
17 multiple emails asking me to affirm that we are doing what
18 they think we need to do in terms of --
19          THE COURT:  Oh, on that issue, let me just say
20 it is not my habit to order people to follow the law.  And
21 that goes for everyone in this room.  And I know that all
22 of you -- again, it's testified to by all the documents
23 that you all so thoroughly went through in the
24 meet-and-confer, and your professionalism is appreciated
25 and expected.

1    And I meant to tell you all at the beginning, in the
2 well of the courtroom here -- I know we're in this small
3 courtroom today because we're having some maintenance done
4 on 1 -- but you're not visitors here, so you never have to
5 wear a visitor's badge in the well of this courtroom.  Now,
6 the CSOs will get after you if you're out in the hallways
7 without one in the federal building, but, in the well of
8 the courtroom, none of the lawyers here are visitors.
9    And so, you don't even have to say what I think you
10 were about to say.  I know you know, and I know the
11 plaintiffs know.  I mean, I know everyone knows their
12 responsibilities.
13    I will look, on the issue of the meet-and-confer --
14 obviously, under the rules, the parties, if they wanted to,
15 you know, reach agreements, even if they're tentative on
16 certain issues.  If you all can do that.  I mean, if you
17 don't want to, you don't have to.  I'm not sure whether
18 I'll have a hearing or hearings on the motions to dismiss.
19 They raise interesting issues.  So, I won't schedule a
20 status conference yet, but as I continue to work on the
21 case, I would expect that to be part of what we do.
22    And, certainly, in this type of case, it's been my
23 practice -- and, again, I have a lot of criminal cases, I
24 can tell you.  I finished a trial a couple days ago and
25 start another one soon -- to, once a case gets into

```
1    discovery, to try and have the availability, at least, of a
2    magistrate judge, or me, depending on schedules, on a
3    monthly basis just to basically -- or sooner.  And
4    sometimes things can be done by telephone, just because I
5    know the reality of this type of litigation everybody wants
6    to get the answer they want, but a lot of times they just
7    need an answer so they can keep moving.  And we'll
8    certainly do our best to make that happen for you all.
9         Anything else?
10        (Negative replies.)
11        Again, I do want to thank all the lawyers for all
12   their hard work in connection with this.  I will get an
13   order out by the end of the day memorializing what I've
14   decided, and I hope everyone has a wonderful Memorial Day
15   weekend.
16        (Whereupon the proceedings concluded at 12:46 p.m.)
17                       *     *     *
18                      **CERTIFICATION**
19        I certify that the foregoing is a correct transcript
20   of the record of proceedings in the above-entitled matter
21   to the best of my skill and ability.
22
23   /s/ Harold M. Hagopian              June 7, 2018
     Contract Court Reporter             Date
24
25
```