IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-189-D

BRENT NIX, et al., )
)
        Plaintiffs, )
)
v. )     ORDER
)
THE CHEMOURS COMPANY FC, LLC, et al., )
)
        Defendants. )

On March 2, 2018, defendants moved to dismiss plaintiffs' consolidated class-action complaint [D.E. 61] and filed a memorandum in support [D.E. 62]. On April 13, 2018, plaintiffs responded in opposition [D.E. 71]. On April 27, 2018, defendants replied [D.E. 74].

The court GRANTS IN PART and DENIES IN PART defendants' motion to dismiss [D.E. 61]. In due course, the court will issue an order expounding on its conclusions.

SO ORDERED. This 26 day of March 2019.

                                            JAMES C. DEVER III
                                            United States District Judge