IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-189-D

| | | |
|---|---|---|
| BRENT NIX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 26, 2019, defendants moved for a more definite statement [D.E. 127] and filed a memorandum in support [D.E. 128]. In July 10, 2019, plaintiffs responded in opposition [D.E. 129]. On July 24, 2019, defendants replied [D.E. 130].

The court GRANTS defendants' motion [D.E. 127]. Plaintiffs shall file an amended complaint and expressly state whether they are pursuing personal injury claims in this case. Plaintiffs' amended complaint also shall state whether they are pursuing certification of various subclasses. See [D.E. 130] 2–3. The amended complaint will help the parties and the court focus on what is at issue in this case. The amended complaint is due no later than August 30, 2019.

SO ORDERED. This _1_ day of August 2019.

JAMES C. DEVER III
United States District Judge