IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:17-CV-00189-D

| | |
|---|---|
| **Brent Nix**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company FC, LLC**, et al.<br><br>        Defendants. | No. 7:17-CV-00189-D |
| **Roger Morton**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company**, et al.<br><br>        Defendants. | No. 7:17-CV-00197-D |
| **Victoria Carey**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**E.I. Du Pont De Nemours and Company**, et al.<br><br>        Defendants. | No. 7:17-CV-00201-D |

**Order on Plaintiffs' Motion to Compel**

The parties have notified the court that they have resolved the issues raised in Plaintiffs' Motion to Compel. Thus, the court denies the motion (D.E. 140) without prejudice. The telephonic hearing scheduled for Monday, January 13, 2020, is cancelled. Each party shall bear their own costs.

Dated: January 10, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge