IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **Brent Nix**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company FC, LLC**, et al.<br><br>        Defendants. | **No. 7:17-CV-00189-D** |
| **Roger Morton**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company**, et al.<br><br>        Defendants. | **No. 7:17-CV-00197-D** |
| **Victoria Carey**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**E.I. Du Pont De Nemours and Company**, et al.<br><br>        Defendants. | **No. 7:17-CV-00201-D** |

Before the Court is the Parties' Stipulated Joint Motion to Modify the Scheduling Order. D.E. 167. For good cause shown, the motion is granted.

The deadlines set forth in Paragraphs (1) to (6) of the Scheduling Order (D.E. 155) are hereby extended by the later of:

1. 120 days; or

2. 90 days from the issuance of the Court's ruling on Defendants' pending Motion to Dismiss.

SO ORDERED.

Dated:  January 13, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge