# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>                  Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON;<br><br>                  Defendants. | Civil Action No. 7:17-cv-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br>                  Defendants. | Civil Action No. 7:17-CV-00201-D |

## AMENDED SCHEDULING ORDER

The Court hereby enters the following Amended Scheduling Order which shall apply to Plaintiffs Victoria Carey, Marie Burris, Michael Kiser, and Brent Nix, on behalf of themselves and the putative class ("Plaintiffs") and the Chemours Company FC, LLC and E.I. du Pont de Nemours and Co. ("Defendants").

| Event | Amended Deadline |
|---|---|
| Plaintiffs' Expert Disclosures RE: Class Certification | 6/4/21 |
| Defendants' Expert Disclosures RE: Class Certification | 7/20/21<br>(45 days after 6/4/21) |
| Plaintiffs' Expert Rebuttal Reports RE: Class Certification | 8/19/2021<br>(30 days after 7/20/21) |
| Defendants' Expert Sur-Rebuttal Reports RE: Class Certification | 9/3/2021<br>(15 days after 8/19/21) |
| Expert Discovery Cut-Off | 10/5/2021<br>(30 days after 6/17/21) |
| Class Certification Motion Due | 10/20/2021<br>(15 days after 10/5/21) |
| Opposition to Class Certification Motion Due | 11/19/2021<br>(30 days after 10/5/21) |
| Class Certification Reply Due | 12/11/2021<br>(22 days after 9/30/21) |

SO ORDERED. This **6** day of January, 2021.

JAMES C. DEVER III
United States District Judge