IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| **Brent Nix**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company FC, LLC**, et al.<br><br>        Defendants. | **No. 7:17-CV-00189-D** |
| **Roger Morton**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**The Chemours Company**, et al.<br><br>        Defendants. | **No. 7:17-CV-00197-D** |
| **Victoria Carey**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**E.I. Du Pont De Nemours and Company**, et al.<br><br>        Defendants. | **No. 7:17-CV-00201-D** |

**Order on Motion to Compel**

Defendants ask the court to order Plaintiffs to fully respond to their Second Requests for Production and Second Requests for Admission. Mot. to Compel, D.E. 294 at 2. Plaintiffs assert that they have provided all responsive documents. Resp. in Opp. to Mot. to Compel, D.E. 297 at 2. And Plaintiffs say they have properly answered or objected to the Requests for Admission. *Id.* at 3.

During a recent discovery status conference, the parties reached an agreement to resolve the issues raised in the motion. So the court denies the motion to compel (D.E. 294) as moot. Each party shall bear their own costs.

Dated: May 18, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge