# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>              Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON;<br><br>              Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>              Defendants. | Civil Action No. 7:17-CV-00201-D |

# ORDER GRANTING PLAINTIFFS' MOTION TO UNSEAL (1) THEIR MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF LAW IN SUPPORT THEREOF AND (2) THE DECLARATION OF STEVEN M. SEIGEL AND <u>EXHIBITS THERETO</u>

This matter is before the Court on Plaintiffs' Motion to Unseal (1) their Motion for Class Certification and the Memorandum of Law filed in support thereof (Dkt. No. 334); and (2) the Declaration of Steven M. Seigel in support thereof and Exhibits 1-51 thereto (Dkt. No. 336).

Having considered Plaintiffs' Motion, and for good cause shown, the Court is of the opinion that Plaintiffs' Motion should be granted. **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Unseal is granted; and

2. Plaintiffs' Motion for Class Certification and the Memorandum of Law filed in support thereof (Dkt. No. 334) and the Declaration of Steven M. Seigel in support thereof and Exhibits 1-51 thereto (Dkt. No. 336) are hereby unsealed and made public.

Dated: August 12, 2022

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge