IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00189-D
No. 7:17-CV-00197-D
No. 7:17-CV-00201-D

| | |
|---|---|
| **Brent Nix,** on behalf of himself and all others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>**The Chemours Company FC, LLC, et al.**,<br>　　　　　Defendants.<br><br>**Roger Morton**, individually and on behalf of all other similarly situated,<br>　　　　　Plaintiff<br><br>v.<br><br>**The Chemours Company FC, LLC, et al.**,<br>　　　　　Defendants.<br><br>**Victoria Carey, et al.**, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs<br><br>v.<br><br>**E.I. Dupont de Nemours and Co. et al**,<br>　　　　　Defendants. | **Order** |

　　　　For good cause shown, and pursuant to Local Civil Rule 79.2, the court grants the Motion for Leave to File Certain Materials Under Seal of Defendants. D.E. 399.

　　　　The motion has been pending, giving the public adequate notice of and an opportunity to

object to the proposed sealing. *Rushford* v. *New Yorker Magazine, Inc.*, 846 F.2d 249, 253–54 (4th Cir. 1988). To date, no one has objected to the sealing of the materials at issue.

The court concludes that each of the proposed sealed exhibits is a judicial document, subject to at least the common law presumption of access because the documents "play a role in the adjudicative process." *In re U.S. for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F.3d 283, 290 (4th Cir. 2013).

For the reasons set forth in the motion itself with respect to each of the documents at issue, the court concludes that the reasons for sealing each of the documents is sufficient to overcome this presumption of access. More particularly, the documents contain personally sensitive and confidential information, as well as the non-public business information of certain of Defendants.

For the reasons set forth in the motion itself with respect to each of the documents at issue, the court concludes that the relief sought is narrowly tailored, making sealing appropriate.

Accordingly, the court orders that the Defendants' Memorandum in opposition to Plaintiffs' Motion to seal (D.E. 390) shall be filed under seal.

Dated: December 1, 2022.

*Robert T Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE