IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00189-D
No. 7:17-CV-00197-D
No. 7:17-CV-00201-D

| | |
|---|---|
| **Brent Nix,** on behalf of himself and all others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>**The Chemours Company FC, LLC, et al.**,<br>　　　　　Defendants.<br><br>**Roger Morton**, individually and on behalf of all other similarly situated,<br>　　　　　Plaintiff<br><br>v.<br><br>**The Chemours Company FC, LLC, et al.**,<br><br>　　　　　Defendants.<br><br>**Victoria Carey, et al.**, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs<br><br>v.<br><br>**E.I. Dupont de Nemours and Co. et al,**<br>　　　　　Defendants. | **Order** |

　　　　Before the court is Plaintiffs' Motion to seal certain documents. D.E. 382. For good cause shown, the court grants in part and denies in part the Motion to seal. D.E. 382. The court orders that the following materials shall be filed and under seal:

1. D.E. 342 - Redacted version available at D.E 382-6, Exhibit E.

2. D.E. 342-7 - Redacted version available at D.E. 382-5, Exhibit D.

The court denies the Motion to seal as to the following materials:

1. D.E. 342-4

2. D.E. 342-5

The court grants in part and denies in part the Motion to seal D.E. 342-6. It allows sealing of information related to Plaintiff Carey's mortgage payments and balance. But the court denies the request to seal information related to the purchase price of a residence or the property tax assessment. So Plaintiffs may file an amended exhibit redacting the sealed information.

Dated: December 1, 2022.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE