IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT NIX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-189-D |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ROGER MORTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-197-D |
| | ) | |
| THE CHEMOURS COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| VICTORIA CAREY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-201-D |
| | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause shown, the consent motion by defendants (D.E. 416) to excuse the corporate representative of E.I. duPont de Nemours & Company ("duPont") from in-person attendance at the court-hosted settlement conference herein on 13 September 2023 is ALLOWED on the following terms:

1. DuPont's corporate representative is excused from in-person attendance at the settlement conference.

2. If duPont's corporate representative does not attend in person, he shall attend the entire settlement conference via the court's videoconference system. No later than 11 September 2023, counsel for duPont shall contact IT Administrator Travis Orr (919-645-1719; travis_orr@nced.uscourts.gov) for instructions on use of the videoconference system and perform a test run of the system.

3. The settlement conference shall be governed by the provisions of Local Civil Rule 101.2, E.D.N.C., except as ordered by the court.

4. The Clerk shall today provide a copy of this order to IT Administrator Orr.

SO ORDERED, this 30th day of August 2023.

James E. Gates
United States Magistrate Judge