# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON;<br><br>Defendants. | Civil Action No. 7:17-cv-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>Defendants. | Civil Action No. 7:17-CV-00201-D |

## PROPOSED SCHEDULE

Pursuant to the Court's October 4, 2023 Order [D.E. 420], the Parties propose the following schedule for future proceedings in this matter:

1. Fact Discovery: January 1 - March 15, 2024

2. Expert Discovery: March 16 - May 31, 2024

    a. Plaintiffs' Disclosures and Depositions Completed: April 26, 2024

    b. Defendants' Disclosures and Depositions Completed: May 31, 2024

3. Dispositive Motions (including Motions for Summary Judgment) and Rule 702 Challenges: July 12, 2024

4. Responses to Dispositive Motions and Rule 702 Challenges: August 9, 2024

5. Replies in Support of Dispositive Motions and Rule 702 Challenges: August 30, 2024

6. Parties to be ready for trial:

    a. *Plaintiffs' Proposal*: December 2, 2024

    - At least 45 days after the time for discovery has expired a final pretrial conference shall be scheduled

    - 28 days before the pretrial conference the Parties must provide to all other parties the pretrial disclosures required under Fed. R. Civ. P. 26(a)(3)

    - 21 days before the pretrial conference the Parties may designate and serve any objections listed in Fed. R. Civ. P. 26(a)(3)

    - 7 days before the pretrial conference the pretrial order must be submitted to the Court

    b. *Defendants' Proposal*: Ninety days after the Court's ruling on Dispositive Motions and Rule 702 Challenges

Dated: November 1, 2023						Respectfully submitted,

/s/ *Thomas H. Segars*
Kenneth J. Reilly (*admitted pro hac vice*)
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd
3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Joshua Becker (*admitted pro hac vice*)
**SHOOK, HARDY AND BACON L.L.P.**
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Phone: 470-867-6000
Fax: 470-867-6001
jbecker@shb.com

Britta N. Todd (*admitted pro hac vice*)
**SHOOK, HARDY AND BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com

Thomas H. Segars
N.C. State Bar No. 29433
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Fax: 919-865-7010
tom.segars@elliswinters.com

***Attorneys for Defendants***

/s/ Theodore J. Leopold
Theodore J. Leopold
Leslie M. Kroeger
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Ste. 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com

Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS & TOLL PLLC**
407 N. Person St.
Raleigh, NC 27612
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

Gary W. Jackson
N.C. Bar No. 13976
**THE LAW OFFICES OF JAMES SCOTT FARRIN, P.C.**
280 S. Mangum St., Ste. 400
Durham, NC 27701
(919) 688-4991 Telephone
(800) 716-7881 Facsimile
gjackson@farrin.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
401 Union Street, Ste. 3000
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Andrew Whiteman
N.C. Bar No. 9523
**WHITEMAN LAW FIRM**
5400 Glenwood Ave., Ste. 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

S. Douglas Bunch
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Ste. 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana St., Ste. 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*