| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>Defendants. | Civil Action No. 7:17-CV-00201-D |

## ORDER ON JOINT MOTION TO TAKE DEPOSITIONS OUT OF TIME

Plaintiffs and Defendants jointly move to take certain outstanding depositions after the close of fact discovery on March 15, 2024.

It is ORDERED that the joint motion is GRANTED, and the parties are hereby GRANTED LEAVE to take the requested depositions out of time. No party has waived any objections it may have to any of the outstanding depositions by virtue of the motion or this order. No other dates or deadlines in this case are moved, extended, or otherwise affected by this order.

Dated: April 10, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge