UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>                      Defendants. | Civil Action No. 7:17-cv-00189-D<br>Civil Action No. 7:17-cv-00197-D<br>Civil Action No. 7:17-cv-00201-D |

## ORDER GRANTING MOTION TO SEAL

For good cause shown, and pursuant to Local Civil Rule 79.2, the Court has determined that the Motion to Maintain Materials Under Seal [D.E. 477] should be and hereby is GRANTED.

The motion has been pending, giving the public adequate notice of and an opportunity to object to the proposed sealing. *See Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 253-54 (4th Cir. 1988). To date, no one has objected to the sealing of the materials at issue.

The Court FINDS and/or CONCLUDES that all of the proposed sealed materials are judicial documents, subject to at least the common law presumption of access because the documents "play a role in the adjudicative process." *In re U.S. for an Order Pursuant to 18 U.S.C. Section 2703(D)*, 707 F.3d 283, 290 (4th Cir. 2013).

For the reasons set forth in the motion itself [D.E. 477] and supporting memorandum of law [D.E. 478] with respect to the documents at issue, the Court FINDS and/or CONCLUDES that

the reasons for sealing the materials are sufficient to overcome this presumption of access. More particularly, the documents contain information that is not generally available to the public. The Court further FINDS and/or CONCLUDES that the relief sought is narrowly tailored, making sealing appropriate.

Accordingly, IT IS HEREBY ORDERED that the following documents shall be maintained UNDER SEAL: [D.E. 475-2 and 475-3].

Dated: August 26, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge