# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>Defendants. | Civil Action No. 7:17-CV-00201-D |

## ORDER REGARDING D.E. 516

On August 30, 2024, Plaintiffs filed a Motion to Exclude Certain Supplemental Expert Opinions of J.R. Flanders. [D.E. 516.] On April 25, 2025, the Parties filed with the Court a Stipulation and Proposed Order regarding D.E. 516. In light of the Parties' stipulation, it is HEREBY ORDERED that:

1. Those portions of J.R. Flanders' 2024 Supplemental Report sought to be excluded by D.E. 516 (opining on Plaintiffs' expert Ruth Albright, contained in Section 5.5 and on pages 4 to 5 and 35 of J.R. Flanders' 2024 Supplemental Report) are WITHDRAWN; and

2. Plaintiffs' request to withdraw their Motion, D.E. 516, is GRANTED.

SO ORDERED. This the 29 day of April, 2025.

JAMES C. DEVER III
United States District Judge