IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT NIX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-189-D |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ROGER MORTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-197-D |
| | ) | |
| THE CHEMOURS COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| VICTORIA CAREY et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-201-D |
| | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The court refers the parties' various motions to seal [D.E. 554, 556, 597, 600], plaintiffs' motion to unseal various documents [D.E. 616], and defendants' motion for extension of time and to withdraw their reply to plaintiffs' response [D.E. 634] to Magistrate Judge Numbers for prompt disposition. See 28 U.S.C. § 636(b)(1)(A).

SO ORDERED. This 13 day of June, 2025.

/s/ James C. Dever III
JAMES C. DEVER III
United States District Judge