# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>Defendants. | Civil Action No. 7:17-CV-00201-D |

# ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO UNSEAL CERTAIN DOCUMENTS FILED IN CONNECTION WITH THE PARTIES' *DAUBERT* AND SUMMARY JUDGMENT MOTIONS

On October 29, 2024, Plaintiffs filed a Motion to Unseal Certain Documents Filed in Connection with the Parties' *Daubert* and Summary Judgment Motions. The documents that Plaintiffs seek to have unsealed were filed provisionally under seal but are not subject to a pending motion to seal by any party. Defendants do not oppose the Motion.

It is ORDERED that Plaintiffs' Motion is GRANTED. The Court hereby orders that the following documents be unsealed and made public: D.E. 519, D.E. 523, D.E. 524, D.E. 566, D.E. 568-2; D.E. 568-3; D.E. 568-4; D.E. 568-5; D.E. 568-8; D.E. 568-10, D.E. 575, D.E. 577-1, D.E. 578, D.E. 580, D.E. 580-1, D.E. 585, D.E. 586, D.E. 588-2, and D.E. 588-3.

Dated: July 2, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge