UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-cv-00189-D<br>Civil Action No. 7:17-cv-00197-D<br>Civil Action No. 7:17-cv-00201-D<br><br><br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

Defendants The Chemours Company FC, LLC and E.I. DuPont de Nemours and Company, Inc. (together, "Defendants"), by and through undersigned counsel, respectfully move this Court for leave to file supplemental briefing relating to pending motions, that include without limitation, Defendants' Motion to Exclude Expert Opinions of R. Bruce Gamble, [D.E. 526, D.E. 533], Defendants' Motion to Exclude Expert Opinions of David L. Duncklee, P.G., [D.E. 528], Defendants' Motion to Exclude Expert Opinions of Jamie DeWitt, Ph.D., [D.E. 560], Defendants' Motion to Exclude Expert Opinions of Roger Griffith, P.E., [D.E. 535], Defendants' Motion to Exclude Expert Opinions of Robert A. Michaels, Ph. D., [D.E. 538], Defendants' Motion for Partial Summary Judgment, [D.E. 550], and Defendants' Motion for Class Decertification, [D.E. 629], (collectively, the "Pending Motions").

Argument already submitted in briefing on the Pending Motions is likely to be affected by the U.S. Environmental Protection Agency's September 11, 2025 filing, which moved the D.C. Circuit Court of Appeals to vacate EPA regulations for four types of PFAS. A copy of that filing is attached as Exhibit 1. The EPA's filing may also give rise to new motions.

For the reasons set forth above and as more fully set forth in their accompanying Memorandum of Law, Defendants respectfully move this Court for an Order granting each party leave to file short, supplemental briefing limited to addressing the EPA's filing, not to exceed five pages from Defendants collectively and not to exceed five pages from Plaintiffs collectively, in support of or in opposition to any pending motions that the parties contend are affected by the EPA's filing.

Undersigned counsel contacted counsel for Plaintiffs concerning this motion to get Plaintiffs' position on the relief requested by the motion. Counsel for the Plaintiffs advises that Plaintiffs oppose that relief.

A proposed Order is being submitted with this motion.

Respectfully submitted, this the 22nd day of September, 2025.

    /s/ Thomas H.. Segars
Thomas H. Segars
N.C. State Bar No. 29433
Jonathan D. Sasser
N.C. State Bar No. 10028
Suraj Vege
N.C. State Bar No. 59878
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Fax: 919-865-7010

tom.segars@elliswinters.com
jon.sasser@elliswinters.com
suraj.vege@elliswinters.com

Steven A. Scoggan
N.C. State Bar No. 46387
Scottie Forbes Lee
N.C. State Bar No. 50833
**ELLIS & WINTERS LLP**
300 North Greene Street, Suite 800
Greensboro, NC 27401
Telephone: (336) 217-4085
Facsimile: (336) 217-4198
steven.scoggan@elliswinters.com
scottie.lee@elliswinters.com

Kenneth J. Reilly
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd
3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Britta N. Todd
Andy Carpenter
Brent Dwerlkotte
**SHOOK, HARDY AND BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendant*

3