# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON, <br><br> Defendants. | Civil Action No. 7:17-cv-00189-D <br> Civil Action No. 7:17-cv-00197-D <br> Civil Action No. 7:17-cv-00201-D <br><br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

Before the Court is Defendants' Motion for Leave to File Supplemental Briefing [D.E. 647]. The Court, after reviewing Defendants' Motion for Leave to File Supplemental Briefing and the materials submitted in connection with that Motion, concludes in the exercise in its discretion that there is good cause to grant the motion.

Accordingly, IT IS ORDERED that the Defendants' Motion for Leave to File Supplemental Briefing is GRANTED. Any party wishing to do so may file a supplemental brief in support of or in opposition to any pending motions that the party contends are affected by the EPA's filing (identified more particularly in the Motion), provided that such supplemental briefing shall not exceed five total pages in length for each of Plaintiffs and Defendants, and provided further that any such supplemental briefing shall be filed no later than October 20, 2025.

SO ORDERED. This ____ day of _____, 2025.

                                                                    _____
                                                                    JAMES C. DEVER III
                                                                    United States District Judge