# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>      Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON,<br><br>      Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>      Defendants. | Civil Action No. 7:17-CV-00201-D |

# JOINT NOTICE RE: HEARING ON
# DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS IN THE 2024 REPORT OF RUTH ALBRIGHT [D.E. 541]

In the Court's September 30, 2025 Order, D.E. 649 ("Order") at 55-56, the Court directed the parties to confer and report to the Court regarding their availability for a hearing on issues raised in Defendants' Motion to Exclude Certain Expert Opinions in Ruth Albright's 2024 Report [D.E. 541]. Plaintiffs and Defendants have met and conferred and are available for a hearing to address the Court's questions regarding Ms. Albright's proffered testimony on any of the following eight days: **December 2, 3, 4, or 5, 2025**; and **December 9, 10, 11, or 12, 2025**.

Additionally, should the Court wish to receive live witness testimony from Ms. Albright at the hearing, Plaintiffs have confirmed that Ms. Albright is available on the dates listed above, and will ensure Ms. Albright's attendance at the hearing if such testimony would assist the Court in resolving the outstanding dispute. Plaintiffs respectfully request that the Court notify the Parties if it requests Ms. Albright's testimony at the hearing.

Defendants also request that, should the Court request Ms. Albright's testimony at the hearing, Defendants also be permitted to elicit responsive testimony from Defendants' expert, Michael Keinath. Plaintiffs do not oppose such request.

Respectfully submitted, this the 16th day of October, 2025.

| | |
|---|---|
| /s/ *Stephen Morrissey* | /s/ *Thomas H. Segars* |
| Theodore J. Leopold | Thomas H. Segars |
| Leslie Mitchell Kroeger | N.C. State Bar No. 29433 |
| Rachael Flanagan | Steven A. Scoggan |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | N.C. State Bar No. 46387 |
| | **ELLIS & WINTERS LLP** |
| 11780 U.S. Highway One, Suite N500 | P.O. Box 33550 |
| Palm Beach Gardens, FL 33408 | Raleigh, NC 27636 |
| (561) 515-1400 Telephone | Phone: 919-865-7000 |
| (561) 515-1401 Facsimile | Fax: 919-865-7010 |
| tleopold@cohenmilstein.com | tom.segars@elliswinters.com |
| lkroeger@cohenmilstein.com | steven.scoggan@elliswinters.com |

rflanagan@cohenmilstein.com

Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS & TOLL PLLC**
407 North Person St.
Raleigh, NC 27612
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

S. Douglas Bunch
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Suite 800
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
Allen J. Hernandez
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
ahernandez@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Kenneth J. Reilly
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd
3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Britta N. Todd
Andy Carpenter
Brent Dwerlkotte
**SHOOK, HARDY AND BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*

Gary W. Jackson
N.C. Bar No. 13976
**THE LAW OFFICES OF**
**JAMES SCOTT FARRIN, P.C.**
280 South Mangum Street, Suite 400
Durham, NC 27701
(919) 688-4991 Telephone
(800) 716-7881 Facsimile
gjackson@farrin.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed the foregoing document with the Clerk of Court using the ECF system, with notices of case activity to be generated and sent electronically to counsel of record who are registered to receive such service.

Dated: October 16, 2025         /s/ *Stephen Morrissey*