IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-189-D, 7:17-CV-197-D, 7:17-CV-201-D

| | |
|---|---|
| BRENT NIX, et al., )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>THE CHEMOURS COMPANY FC, LLC, et )<br>al., )<br>) | **REQUEST FOR EXCEPTION FROM TRAINING FOR USE OF COURTROOM TECHNOLOGY** |

The undersigned requests an exception from Local Civil Rule 83.10.

The undersigned certifies that the person(s) responsible for operating courtroom technology for the Defendants in this action received training from the court within the past year, and a Certification of Training for Use of Courtroom Technology was filed in Case No. 7:17-CV-195-D on January 15, 2026 at docket entry number 543. The undersigned understands that the court and its employees do not provide information technology services.

Respectfully submitted, this the 15th day of January, 2026.

/s/ Thomas H. Segars
Thomas H. Segars
N.C. State Bar No. 29433
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Facsimile: 919-865-7010
tom.segars@elliswinters.com
*Attorney for Defendants*