UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>                Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. du PONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON,<br><br>                Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br>E.I. du PONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>                Defendants. | Civil Action No. 7:17-CV-00201-D |

**JOINT SCHEDULING PROPOSAL**

Pursuant to the Court's request that the Parties "submit proposed trial dates and deadlines to the Court by February 6, 2026" [D.E. 665 (Minute Entry memorializing January 23, 2026 motion hearing)], Plaintiffs Brent Nix, Victoria Carey, Marrie Burris, on behalf of themselves and the certified class, and Defendants EIDP, Inc. and The Chemours Company FC, LLC (the "Parties") submit this joint scheduling proposal.

## TRIAL

*Length of Trial*. Subject to the Court's availability, the Parties respectfully request 28 hours of trial time (14 hours per side), which the Parties estimate can be completed in one week, in accordance with the procedures articulated by the Court, as understood by the Parties—*e.g.*, jury selection to be completed before noon on the first day of trial; daily trial time from 9 a.m. to 5 p.m.; and breaks consisting of one 15-minute break per morning and afternoon session and one 45-minute lunch break.

*Trial Date*. The Parties jointly propose the following trial dates, in order of preference, subject to the Court's availability:

- First preference: Trial beginning on **November 2, 2026** or **November 9, 2026**
- Second preference: Trial beginning on **December 7, 2026**
- Third preference: Any date in **February 2027**

## PRETRIAL SCHEDULE

The Parties agree to, and jointly propose, the below pretrial dates and deadlines, which account for all issues reasonably contemplated by the Parties that need to be addressed before trial. The deadlines included in the Parties' proposals count backwards from the joint pretrial conference, which the Parties have proposed to occur two weeks before the selected trial date.

| Deadline | Date | Notes |
|---|---|---|
| File opening and responsive supplemental briefs regarding Defendants' motion for partial summary judgment and motion for class decertification | To be set by Court in forthcoming order | Unless otherwise ordered by the Court in its forthcoming order, opening briefs by each side shall be filed on the same day and be limited to 20 pages. Responses by each side shall be filed on the same day and be limited to 10 pages. |
| Complete supplementation of fact discovery | 16 weeks before pretrial conference | Any supplemental depositions of the class representatives shall be limited to one and a half hours on the record per witness. |
| Complete supplementation of expert discovery: | | |
| • Plaintiffs serve supplemental expert reports | 15 weeks before pretrial conference | |
| • Defendants serve supplemental expert reports | 12 weeks before pretrial conference | |
| • Complete supplemental expert depositions | 10 weeks before pretrial conference | Expert depositions shall be limited in scope to the supplemental reports served pursuant to this scheduling order. |
| File motions seeking collateral estoppel based on issues resolved in related cases before the Court[1] | 10 weeks before pretrial conference | Briefs shall be limited to 15 pages. |
| File motions to exclude expert testimony | 8 weeks before pretrial conference | Motions to exclude expert testimony shall be limited in scope to the supplemental reports served pursuant to this scheduling order. Briefs shall be limited to 8 pages. |
| File responses to collateral estoppel motions | 8 weeks before pretrial conference | Responses shall be limited to 10 pages. |

---

[1] Related cases are *Dew v. E.I. duPont de Nemours & Co.*, No. 5:18-cv-00073-D (E.D.N.C.), and *Cape Fear Pub. Util. Auth. v. The Chemours Co.*, 7:17-cv-00195-D (E.D.N.C.).

| Deadline | Date | Notes |
|---|---|---|
| Parties exchange witness lists, exhibit lists, and deposition designations for issues on which they bear the burden of proof | 8 weeks before pretrial conference | The parties may update their respective exhibit and witness lists following this initial exchange and shall continue to confer in good faith to resolve objections before submission of the final pretrial order. |
| Parties exchange proposed motions *in limine* | 7 weeks before pretrial conference | |
| File responses to motions to exclude expert testimony | 6 weeks before pretrial conference | Responses shall be limited to 8 pages. There shall be no replies. |
| Parties exchange objections to exhibits and deposition designations, and counter-designations | 6 weeks before pretrial conference | |
| Parties confer regarding motions *in limine* | 6 weeks before pretrial conference | The parties are to narrow the list of disputed motions as much as possible to prepare the motions for omnibus submission. |
| Parties file joint omnibus motion *in limine* | 4 weeks before pretrial conference | The omnibus motion *in limine* shall contain (1) a section titled "Agreed Motions" that lists all motions *in limine* to which there is no opposition, and (2) a section titled "Disputed Motions," to be further divided into (i) Plaintiffs' Motions and (ii) Defendants' Motions. Each disputed motion shall contain a brief statement in support by the moving party and a brief response by the opposing party. The parties shall submit with the omnibus motion a proposed order that lists each motion, in the same sequence as the omnibus submission, with each motion followed by the statement: "The Court GRANTS / DENIES the motion." |

| Deadline | Date | Notes |
|---|---|---|
| Parties serve objections to counter-designations | 4 weeks before pretrial conference[2] | |
| File joint proposed pretrial order | 2 weeks before pretrial conference | The pretrial order must comply with Local Civil Rule 16.1(c). Any claims or defenses not set forth in the pretrial order are deemed abandoned. |
| | | The pretrial order shall indicate, within each section, which items remain subject to party objection and on what basis. The party opposing each objection shall include a brief response stating why the objection should be overruled. Objections not included in the pretrial order are waived unless excused by the court for good cause. |
| | | The parties shall endeavor to reduce the number of exhibits included on exhibit lists. |
| | | Any exhibits not subject to party objection or for which an objection has been overruled shall be pre-admitted. |
| | | The parties agree that documents produced from their own records are true and accurate copies of documents contained in that party's files. |
| File proposed jury instructions and verdict forms | 2 weeks before pretrial conference | Where the parties do not agree on a jury instruction or verdict form, each party shall include a brief statement, with citation to relevant authority, in support of its proposal. |
| Pretrial Conference | 2 weeks before trial | |
| **Trial** | | |

---

[2] The parties shall meet and confer thereafter about the contents of the pretrial order, jury instructions, and verdict forms with sufficient time to allow for meaningful negotiation and narrowing of disputes prior to the joint submission of such items to the Court.

Dated: February 6, 2026

Respectfully submitted,

/s/ *Stephen Morrissey*
Theodore J. Leopold
Leslie Mitchell Kroeger
Rachael Flanagan
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
rflanagan@cohenmilstein.com

Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS & TOLL PLLC**
407 North Person St.
Raleigh, NC 27612
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

S. Douglas Bunch
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Suite 800
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
Allen J. Hernandez
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
ahernandez@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

Craig D. Schauer
N.C. State Bar No. 41571
W. Michael Dowling
N.C. State Bar No. 42790
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
mike@dowlingfirm.com
cschauer@dowlingfirm.com

*Attorneys for Plaintiffs and the Class*

/s/ *Britta N. Todd*
Thomas H. Segars
N.C. State Bar No. 29433
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Fax: 919-865-7010
tom.segars@elliswinters.com

Kenneth J. Reilly
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd

7

Case 7:17-cv-00189-D    Document 669    Filed 02/06/26    Page 7 of 9

3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Britta N. Todd
Andy Carpenter
Brent Dwerlkotte
**SHOOK, HARDY AND BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's electronic filing system.

*/s/ Allen J. Hernandez*