# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated, <br><br>          Plaintiff, <br><br>   v. <br><br> THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON, <br><br>          Defendants. | Civil Action No. 7:17-CV-00189-D |
| ROGER MORTON, individually and on behalf of all others similarly situated, <br><br>          Plaintiff, <br><br>   v. <br><br> THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, AND MICHAEL E. JOHNSON, <br><br>          Defendants. | Civil Action No. 7:17-CV-00197-D |
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated, <br><br>          Plaintiffs, <br><br>   v. <br><br> E.I. DUPONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC, <br><br>          Defendants. | Civil Action No. 7:17-CV-00201-D |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON TRESPASS LIABILITY

1. Pursuant to the Court's April 20, 2026 order permitting the parties to file supplemental summary judgment briefing, [D.E. 674] at 23, Plaintiffs Brent Nix, Victoria Carey, Marie Burris, and the certified class seek summary judgment on Defendants' liability for trespass, based on this Court's intervening decision granting summary judgment to the plaintiffs on Defendants' trespass liability in the related PFAS contamination case of *Dew v. DuPont*, Case No. 18-cv-73 (E.D.N.C.).[1] *See Dew v. E.I. du Pont de Nemours & Co.*, 2025 WL 1174727 (E.D.N.C. Mar. 31, 2025).

2. For the reasons the Court gave in granting summary judgment in *Dew*, and as demonstrated in greater detail in Plaintiffs' memorandum of law and Rule 56.1 Statement of Material Facts submitted herewith, Plaintiffs are entitled to summary judgment on Defendants' liability for trespass. There are no disputes of material fact, and Plaintiffs are entitled to judgment as a matter of law.

3. Plaintiffs respectfully request that the Court grant this motion for partial summary judgment and rule, as in *Dew*, that Defendants are liable for trespass as a matter of law, with the amount of damages to be determined at trial.

Dated: May 15, 2026

Respectfully submitted,

/s/ *Steven M. Seigel*
Theodore J. Leopold
Leslie Mitchell Kroeger
Rachael Flanagan
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500

---

[1] The parties' joint scheduling proposal contemplated that this issue would be addressed through a motion for collateral estoppel in advance of trial. Plaintiffs believe the more efficient course of action is to raise it through this supplemental summary-judgment submission. Plaintiffs have told Defendants that they intend to incorporate it into this submission and asked for any objection. Defendants did not object. If the Court prefers that this issue be raised as a separate collateral estoppel motion, Plaintiffs will happily file it as such.

1

Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
rflanagan@cohenmilstein.com

Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS & TOLL PLLC**
407 North Person St.
Raleigh, NC 27612
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

S. Douglas Bunch
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W., Suite 800
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
Allen J. Hernandez
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
ahernandez@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

2

sseigel@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

*/s/ Craig D. Schauer*
Craig D. Schauer
N.C. State Bar No. 41571
W. Michael Dowling
N.C. State Bar No. 42790
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Telephone: (919) 529-3351
mike@dowlingfirm.com
cschauer@dowlingfirm.com

***Attorneys for Plaintiffs and the Class***

3

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2026, a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's electronic filing system.

*/s/ Allen J. Hernandez*

4