**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-cv-00189-D<br>Civil Action No. 7:17-cv-00197-D<br>Civil Action No. 7:17-cv-00201-D<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Defendants The Chemours Company FC, LLC and E.I.D.P, Inc. (f/k/a E.I. du Pont de Nemours and Company, Inc.) (together, "Defendants"), by and through undersigned counsel, respectfully move this Court for leave to file supplemental authority in connection with their pending motion for class decertification [D.E. 629].

This authority is the recent opinion in *Brown v. Saint-Gobain Performance Plastics Corporation*, Case No. 24-1869, which was decided by the United States Court of Appeals for the First Circuit on November 17, 2026, and is attached as Exhibit 1.

Undersigned counsel contacted counsel for Plaintiffs concerning this motion to get Plaintiffs' position on the relief requested by the motion. Counsel for the Plaintiffs

advises that "Plaintiffs do not oppose such a motion provided that in the same filing as [Defendants', Plaintiffs] may include a statement of Plaintiffs' position on the relevance and applicability of [Defendants'] proposed supplemental authority." Defendants replied that they did not plan to include any statement of position on the relevance or applicability of the proposed supplemental authority absent leave to do so. If the Court orders it, however, Defendants will provide such a statement and would not oppose Plaintiffs doing so.

A proposed Order is being submitted with this motion.

Respectfully submitted, this the 24th day of November, 2026.

/s/ Thomas H. Segars
Thomas H. Segars
N.C. State Bar No. 29433
James M. Weiss
N.C. State Bar No. 42386
Scott Daubenspeck
N.C. State Bar No. 63861
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Fax: 919-865-7010
tom.segars@elliswinters.com
jamie.weiss@elliswinters.com
scott.daubenspeck@elliswinters.com

Scottie Forbes Lee
N.C. State Bar No. 50833
**ELLIS & WINTERS LLP**
300 North Greene Street, Suite 800
Greensboro, NC 27401
Telephone: (336) 217-4085
Facsimile: (336) 217-4198
scottie.lee@elliswinters.com

Kenneth J. Reilly
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd
3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Britta N. Todd
Andy Carpenter
Brent Dwerlkotte
**SHOOK, HARDY AND BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*