**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-cv-00189-D<br>Civil Action No. 7:17-cv-00197-D<br>Civil Action No. 7:17-cv-00201-D<br><br>**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Defendants The Chemours Company FC, LLC and E.I. DuPont de Nemours and Company, Inc. (together, "Defendants") respectfully submit this Memorandum of Law in Support of their Motion for Leave to File Supplemental Authority.

On November 17, 2026, the United States Court of Appeals for the First Circuit decided *Brown v. Saint-Gobain Performance Plastics Corporation*, Case No. 24-1869 ("*Brown*"). Defendants move the Court for leave to submit *Brown* in connection with their pending motion for class decertification [D.E. 629] because the decision may assist the Court in resolving that pending motion.[1]

[1] Although *Brown* is subsequently decided authority, it is not controlling. For that reason, Defendants move the Court for leave to submit it instead of filing a suggestion under Local Civil Rule 7.1(h).

The Court has discretion to allow submission of supplemental materials like *Brown*. *See, e.g.*, *Myers v. Mercedes-Benz USA, LLC*, No. 23-CV-755, 2024 WL 3835076, at *6-*7 (E.D. Va. Aug. 15, 2024). And where consideration of supplemental materials may help resolve pending motions, there is good cause to allow submission of the materials. *See, e.g.*, *Trs. of Columbia Univ. in City of New York v. NortonLifeLock, Inc.*, No. 13CV808, 2021 WL 8895279, at *5 (E.D. Va. Sept. 29, 2021) (granting such a motion); *Beyond Sys., Inc. v. Kennedy W. Univ.*, No. CIVA DKC 2005-2446, 2006 WL 1554847, at *10 (D. Md. May 31, 2006).

For these reasons, Defendants respectfully request that the Court grant their motion and provide such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 24th day of November, 2026.

/s/ Thomas H. Segars
Thomas H. Segars
N.C. State Bar No. 29433
James M. Weiss
N.C. State Bar No. 42386
Scott Daubenspeck
N.C. State Bar No. 63861
**ELLIS & WINTERS LLP**
P.O. Box 33550
Raleigh, NC 27636
Phone: 919-865-7000
Fax: 919-865-7010
tom.segars@elliswinters.com
jamie.weiss@elliswinters.com
scott.daubenspeck@elliswinters.com

Scottie Forbes Lee
N.C. State Bar No. 50833
**ELLIS & WINTERS LLP**
300 North Greene Street, Suite 800
Greensboro, NC 27401
Telephone: (336) 217-4085

Facsimile: (336) 217-4198
scottie.lee@elliswinters.com

Kenneth J. Reilly
**SHOOK, HARDY AND BACON, LLP**
201 S. Biscayne Blvd
3200 Citigroup Center
Miami, FL 33131
Phone: 305-358-5171
Fax: 305-358-7470
kreilly@shb.com

Britta N. Todd
Andy Carpenter
Brent Dwerlkotte
**SHOOK, HARDY AND BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-559-2487
Fax: 816-421-5547
btodd@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Defendants*