**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | |
|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, BRENT NIX, and ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>Defendants. | Civil Action No. 7:17-cv-00189-D<br>Civil Action No. 7:17-cv-00197-D<br>Civil Action No. 7:17-cv-00201-D |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Before the Court is Defendants' Motion for Leave to File Supplemental Authority [D.E. 699 (the "Motion")]; namely, the November 17, 2026, opinion of the United States Court of Appeals for the First Circuit in *Brown v. Saint-Gobain Performance Plastics Corporation*, Case No. 24-1869. For good cause shown, the Court has determined that the Motion should be and hereby is GRANTED.

SO ORDERED. This ____ day of ____________, 2026.

______________________________
JAMES C. DEVER III
United States District Judge